# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark, III |
| v. | : | No. 2023-MJ-12096 (JBC) |
| BILAL CURETON | : | **CONSENT ORDER** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Richard Shephard, Assistant United States Attorney), and defendant Bilal Cureton (by Michael Rubas, Esq.), for an order granting an adjournment of the Rule 5.1 preliminary hearing in the above-captioned matter from presently scheduled August 1, 2023 at 12:00 to August 14, 2023 at 12:30 pm.

The Parties make this request taking into account the public interest in the prompt disposition of criminal cases; with no prior adjournment of the Rule 5.1 preliminary hearing having been entered; with the defendant being aware that he has the right to have the preliminary hearing within 14 days of the Rule 5 initial appearance, which occurred on July 18, 2023; with the defendant, through his attorney, having consented to the adjournment; to permit recently appointed defense counsel the reasonable time necessary for effective preparation in this matter; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that the Rule 5.1 preliminary hearing be adjourned for the following reasons:

(1) The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(2) The defendant, through counsel, has consented to the aforementioned continuance; and

(3) Pursuant to Rule 5.1(d), the public interest in the prompt disposition of criminal cases was taken into account.

WHEREFORE, it is on this 31st day of July, 2023,

ORDERED that the Rule 5.1 preliminary hearing be, and it hereby is, adjourned from August 1, 2023 at 12:00.

_____
HON. JAMES B. CLARK, III
United States Magistrate Judge

Form and entry consented to:

_____
Michael Rubas
Rubas Law Offices
Counsel for Defendant Bilal Cureton

_____
Richard Shephard
Assistant United States Attorney